# United States District Court

EASTERN DISTRICT OF WISCONSIN

U.S. VENTURE, INC.,

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**
Case No. 18-C-1757 & 19-C-595

v.

UNITED STATES OF AMERICA,

        Defendant.

---

☐    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒    **Decision by Court.**  This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff takes nothing and the case is DISMISSED.

Approved:     s/ William C. Griesbach
                      WILLIAM C. GRIESBACH
                      United States District Judge

Dated: March 23, 2020

                      STEPHEN C. DRIES
                      Clerk of Court

                      s/ Cheryl A. Veazie
                      (By) Deputy Clerk